UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MS. EFFIE LIGON, as former Manager of IBIS COMPANY TRUST, | |
| Plaintiff, | Case No. MS05-5023FDB |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This cause of action has been erroneously filed as a miscellaneous action. Plaintiff, therefore, is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September 30, 2005** or this cause of action will be dismissed.

DATED this 29th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1